IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-30-H
No. 4:13-CV-241-H

OZAY RICHARDSON,
    Petitioner,

v.

**ORDER**

UNITED STATES OF AMERICA,
    Respondent.

Having examined petitioner's Supplement to his Motion to Vacate under 28 U.S.C. § 2255 (filed after the Supreme Court's decision in <u>Johnson v. United States</u>, __ U.S. __, 135 S.Ct. 2551 (2015)), [D.E. #61], the United States Attorney is DIRECTED to file a response within forty-five (45) days of the filing of this order.

This 28th day of January, 2015.

                MALCOLM J. HOWARD
                Senior United States District Judge

At Greenville, NC
#34